AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of     Colorado

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) — Short Form |
| TROY RARICK | CASE NUMBER: 05-po-00042 |
| | USM NUMBER: |
| | pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   ONE

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| CRS 42-2-101(1) | OPERATING A MOTOR VEHICLE WITHOUT A VALID DRIVER'S LICENSE | 8/23/2005 | ONE |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ 35.00 |

Defendant's Soc. Sec. No.: ███████

12/20/2005
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

GUDRUN RICE     USMagistrate Judge
Name of Judge     Title of Judge

1/18/06
Date